**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

MYKEL MICKENS,

   Plaintiff,

-vs-                                    CASE NO.: 3:16-CV-00335-CRS

NAVIENT SOLUTIONS, INC.

   Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Mykel Mickens, and the Defendant, Navient Solutions, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 3rd day of February, 2017.

*/s/ Octavio Gomez*
Octavio Gomez, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
Florida Bar#: 0338620
TGomez@ForThePeople.com
LDobbins@ForThePeople.com
*Attorney for Plaintiff*

*/s/ Brian Roth (by permission)*
Brian Roth, Esquire
Sessions, Fishman, Nathan & Israel, L.L.P.
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002
Tele: (504) 828-3700
broth@sessions-law.biz
*Attorney for Defendant*